1  WRIGHT, FINLAY & ZAK, LLP
   Edgar C. Smith, Esq.
2  Nevada Bar No. 5506
   Aaron D. Lancaster, Esq.
3  Nevada Bar No. 11015
4  alancaster@wrightlegal.net
   7785 W. Sahara Avenue, Suite 200
5  Las Vegas, NV 89117
   (702) 475-7965; Fax: (702) 946-1345
6  *Attorneys for Defendants/Counterclaimant, U.S. Bank Trust, N.A., as Trustee for LSF9 Master
7  Participation Trust and Caliber Home Loans, Inc. (incorrectly named Caliber Home Loans and
   identified as a South Carolina Corporation)*
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MY HOME NOW, LLC;<br><br>        Plaintiff,<br><br>    vs.<br><br>JPMORGAN CHASE BANK, N.A., a National Banking Corporation; U.S. BANK TRUST, N.A., as trustee for LSF9 Master Participation Trust, a National Banking Corporation; CALIBER HOME LOANS, a South Carolina Corporation;<br><br>        Defendants.<br><br>U.S. BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust;<br><br>        Counterclaimant,<br>    vs.<br><br>MY HOME NOW, LLC, a Nevada limited liability company; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>        Counter-Defendants. | Case No.:   2:16-cv-00727<br><br>**CALIBER HOME LOANS, INC.'S CERTIFICATE OF INTERESTED PARTIES** |

Page 1 of 3

1  Pursuant to F.R.C.P. 7.1 and Local Rule 7.1-1 of the U.S. District Court Rules, the
2 undersigned, Aaron D. Lancaster, Esq., of the law firm of WRIGHT FINLAY & ZAK, LLP, as
3 counsel of record for Defendant/Counterclaimant Caliber Home Loans, Inc., hereby certifies that
4 there are no other known interested parties other than those disclosed in this Certificate.  Caliber
5 Home Loans, Inc. does not have a parent corporation and according to SEC filings, no publicly
6 held corporation owns more than 10% of Caliber Home Loans, Inc.'s common (voting) stock.

7  These representations are made to enable judges of the Court to evaluate possible
8 disqualification or recusal.

9  DATED this 16th day of May, 2016.

WRIGHT, FINLAY & ZAK, LLP


 /s/  Aaron D. Lancaster, Esq.
Aaron D. Lancaster, Esq.
Nevada Bar No. 11015
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Defendants/Counterclaimant, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and Caliber Home Loans, Inc. (incorrectly named Caliber Home Loans and identified as a South Carolina Corporation)*

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 16th day of May, 2016, a true and correct copy of the **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S CERTIFICATE OF INTERESTED PARTIES** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

Holly Priest
Ballard Spahr LLP
100 N. City Parkway
Suite 1750
Las Vegas, NV 89106
702-471-7000 x7517
702-471-7070 (fax)
priesth@ballardspahr.com
*JPMorgan Chase Bank, N.A.*

John Henry Wright
The Wright Law Group, P.C.
2340 Paseo Del Prado
Suite D-305
Las Vegas, NV 89102
702-405-0001
702-405-8454 (fax)
dayana@wrightlawgroupnv.com
*My Home Now, LLC*

/s/  *Brandon Lopipero*
An Employee of WRIGHT, FINLAY & ZAK, LLP