WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Aaron D. Lancaster, Esq.
Nevada Bar No. 11015
alancaster@wrightlegal.net
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7965; Fax: (702) 946-1345
*Attorneys for Defendants/Counterclaimant, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and Caliber Home Loans, Inc. (incorrectly named Caliber Home Loans and identified as a South Carolina Corporation)*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MY HOME NOW, LLC;

Plaintiff,

vs.

JPMORGAN CHASE BANK, N.A., a National Banking Corporation; U.S. BANK TRUST, N.A., as trustee for LSF9 Master Participation Trust, a National Banking Corporation; CALIBER HOME LOANS, a South Carolina Corporation;

Defendants.

U.S. BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust;

Counterclaimant,

vs.

MY HOME NOW, LLC, a Nevada limited liability company; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,

Counter-Defendants.

Case No.: 2:16-cv-00727

**U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S CERTIFICATE OF INTERESTED PARTIES**

Pursuant to F.R.C.P. 7.1 and Local Rule 7.1-1 of the U.S. District Court Rules, the undersigned, Aaron D. Lancaster, Esq., of the law firm of WRIGHT FINLAY & ZAK, LLP, as counsel of record for Defendant/Counterclaimant U.S. BANK TRUST, N.A., as trustee for LSF9 Master Participation Trust, hereby certifies that there are no other known interested parties other than those disclosed in this Certificate.

These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED this 16th day of May, 2016.

WRIGHT, FINLAY & ZAK, LLP

/s/ *Aaron D. Lancaster, Esq.*

Aaron D. Lancaster, Esq.
Nevada Bar No. 11015
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorneys for Defendants/Counterclaimant, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and Caliber Home Loans, Inc. (incorrectly named Caliber Home Loans and identified as a South Carolina Corporation)*

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that on the 16th day of May, 2016, a true and correct copy of the **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S CERTIFICATE OF INTERESTED PARTIES** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

Holly Priest
Ballard Spahr LLP
100 N. City Parkway
Suite 1750
Las Vegas, NV 89106
702-471-7000 x7517
702-471-7070 (fax)
priesth@ballardspahr.com
*JPMorgan Chase Bank, N.A.*

John Henry Wright
The Wright Law Group, P.C.
2340 Paseo Del Prado
Suite D-305
Las Vegas, NV 89102
702-405-0001
702-405-8454 (fax)
dayana@wrightlawgroupnv.com
*My Home Now, LLC*

/s/ *Brandon Lopipero*
An Employee of WRIGHT, FINLAY & ZAK, LLP