**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MY HOME NOW, LLC, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-00727-GMN-NJK |
| | ) |
| vs. | ) ORDER |
| | ) |
| JP MORGAN CHASE BANK, N.A., et al., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

The order to show cause at Docket No. 17 is hereby DISCHARGED.

IT IS SO ORDERED.

DATED: May 31, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge