# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MY HOME NOW, LLC, | Case No. 2:16-cv-00727-GMN-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| JPMORGAN CHASE BANK, N.A., et al., | (Docket No. 23) |
| Defendant(s). | |

Pending before the Court is a discovery plan that seeks nearly double the presumptively reasonable discovery period. *Compare* Docket No. 23 at 3 (seeking discovery period of 300 days) *with* Local Rule 26-1(b)(1) (establishing presumptively reasonable discovery period of 180 days). The parties assert such an expansive discovery period is required because discovery will be taken regarding "information that is largely contained by persons and entities not named in this action and that are anticipated to be dilatory in their responses." Docket No. 23 at 3. The fact that the parties plan to conduct third-party discovery is not sufficient justification to extend the discovery period, nor is their speculation that these parties may be dilatory in responding.

The discovery plan also misstates the deadline for seeking extensions of the deadlines set forth therein. Docket No. 23 at 5. The deadline to seek an extension is 21 days before expiration of the subject deadline for which extension is sought, *see* Local Rule 26-4, not 21 days before the expiration of the discovery period. For example, the deadline for seeking to extend the deadline for expert

disclosures is 21 days before the expiration of that deadline, and a request to extend that deadline filed 21 days before the discovery cutoff would be untimely.

Accordingly, the discovery plan is **DENIED**.  The parties shall file an amended discovery plan by June 29, 2016.

IT IS SO ORDERED.

DATED: June 24, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge