Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Holly Ann Priest, Esq.
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: (702) 471-7000
Facsimile:  (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: gallm@ballardspahr.com
E-Mail: priesth@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MY HOME NOW, LLC;<br><br>　　　　Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a National Banking Corporation; U.S. BANK TRUST, N.A., as trustee for LSF9 Master Participation Trust, a National Banking Corporation; CALIBER HOME LOANS, a South Carolina Corporation;<br><br>　　　　Defendants.<br>U.S. BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust;<br><br>　　　　Counterclaimant,<br><br>v.<br><br>MY HOME NOW, LLC, a Nevada limited liability company; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>　　　　Counter-Defendants. | Case No.: 2:16-cv-00727-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR CHASE'S RESPONSE TO THE SECOND AMENDED COMPLAINT**<br><br>**(First Amended Request)** |

Plaintiff My Home Now, LLC ("My Home Now") and Defendant JPMorgan Chase Bank, N.A. ("Chase"), by and through their counsel of record, stipulate to extend the deadline for Chase to file a response to the Second Amended Complaint for Quiet Title and Declaratory Relief (ECF No. 59) to Wednesday, March 22, 2017.

This is the parties' first (amended) request for extension of this deadline, which is not intended to cause any delay or prejudice to any party. Rather, a brief extension of approximately 10 days will allow Chase to further investigate My Home Now's allegations in the Second Amended Complaint so that Chase may appropriately respond thereto, including by accommodating its counsel's schedule and conflicts. The proposed deadline of March 22, 2017 also precedes by 1 week the Court's May 29, 2017 deadline to re-file the parties' previously filed motions for summary judgment (*see* ECF No. 58), and therefore, the extension of the deadline to respond to the Second Amended Complaint and corresponding time to investigate will also facilitate Chase's re-filing, if any, of its prior motion for summary judgment without prejudicing My Home Now.

Dated: March 8, 2017

BALLARD SPAHR LLP

By: /s/ Holly Ann Priest
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria A. Gall, Esq.
Nevada Bar No. 14200
Holly Ann Priest, Esq.
Nevada Bar No. 13226
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*

Dated: March 8, 2017

THE WRIGHT LAW GROUP, P.C.

By: /s/ John H. Wright
John H. Wright, Esq.
Nevada Bar No. 6182
2340 Paseo Del Prado
Suite #305
Las Vegas, NV 89102

*Attorney for Plaintiff My Home Now, LLC*

## ORDER

**IT IS SO ORDERED.**

Defendant JPMorgan Chase Bank, N.A. has up through and until March 22, 2017 to file a response to the Second Amended Complaint for Quiet Title and Declaratory Relief Dated.

_9th_ day of __March__, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

BALLARD SPAHR LLP

By: /s/ Holly Ann Priest
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Maria Gall, Esq.
Nevada Bar No. 13226
Holly Ann Priest, Esq.
Nevada Bar No. 13226
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant JPMorgan Chase Bank, N.A.*