Abran E. Vigil, Esq.
Nevada Bar No. 7548
Holly Ann Priest, Esq.
Nevada Bar No. 13226
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
E-Mail: vigila@ballardspahr.com
E-Mail: priesth@ballardspahr.com

*Attorneys for Defendant JPMorgan Chase Bank N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MY HOME NOW, LLC;<br><br>    Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., a National Banking Corporation; U.S. BANK TRUST, N.A., as trustee for LSF9 Master Participation Trust, a National Banking Corporation; CALIBER HOME LOANS, a South Carolina Corporation;<br><br>    Defendants. | Case No.: 2:16-cv-00727-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| U.S. BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust;<br><br>    Counterclaimant,<br><br>v.<br><br>MY HOME NOW, LLC, a Nevada limited liability company; DOES I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>    Counter-Defendants. | |

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

1 JPMorgan Chase Bank, N.A. ("Chase"), U.S. Bank Trust, N.A., as Trustee for
2 LSF9 Master Participation Trust ("Trustee"), Caliber Home Loans ("Caliber"), and
3 My Home Now, LLC (collectively, the "Parties") by and through their respective
4 undersigned counsel of record, stipulate as follows:

5 1. This action concerns title to real property commonly known as 755
6 Glowing Ember Court, Unit 101, Las Vegas, Nevada 89130 ("Property") following a
7 homeowner's association foreclosure sale conducted with respect to the Property.

8 2. Plaintiff initiated this quiet title action regarding a certain Deed of
9 Trust recorded against the Property in the Official Records of Clark County, Nevada
10 as Instrument Number 20080924-000561 ("Trust Deed"), and in particular, whether
11 the Trust Deed continues to encumber the Property.

12 3. This Stipulation and Order is the result of a compromise resolution of
13 this action and shall not constitute or be construed as an admission of the facts or
14 legal conclusions at issue in this action on behalf the Parties, or their respective
15 agents, affiliates, assigns, parents, and/or successors, or an admission as to the
16 validity of the allegations in future actions.

17 4. Chase, the Trustee and Caliber, hereby disclaim any and all interest in
18 the Property. Further, Chase will record a reconveyance of the Trust Deed in the
19 real property records of Clark County, Nevada.

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

7. The Parties hereby stipulate to dismiss all claims asserted against the other in this case with prejudice with each party to bear its own costs and attorneys' fees.

Dated: February 24, 2020.

BALLARD SPAHR LLP

By: /s/ *Holly Ann Priest*
    Abran E. Vigil, Esq.
    Holly Ann Priest, Esq.
    1980 Festival Plaza Drive, Suite 900
    Las Vegas, Nevada 89135

*Attorneys for Defendant JPMorgan Chase Bank N.A.*

THE WRIGHT LAW GROUP, P.C.

By: /s/ *John H. Wright*
    John H. Wright, Esq.
    Nevada Bar No. 6182
    2340 Paseo Del Prado
    Suite #305
    Las Vegas, NV 89102

*Attorney for Plaintiff My Home Now, LLC*

WRIGHT, FINLAY & ZAK, LLP

By: /s/*Aaron D. Lancaster*
    R. Samuel Ehlers
    Nevada Bar No. 9313
    Aaron D. Lancaster
    Nevada Bar No. 10115
    7785 W. Sahara, Ste. 200
    Las Vegas, Nevada 89117

*Attorneys for U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, Caliber Home Loans*

## ORDER

IT IS SO ORDERED.

_____
Gloria M. Navarro, District Judge
United States District Court

DATED this 2 day of March, 2020.

BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070